UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 08-60258-BP-11 |
| ZIPCO INTERNATIONAL PRODUCTS § | |
| COMPANY, INC. § | Chapter 11 |
| § | |
| Debtor § | Hearing: October 7, 2008, 9:30 a.m. |
| § | **TEXAS COMPTROLLER OF PUBLIC** |
| § | **ACCOUNTS' MOTION TO DISMISS** |

| Exhibit | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| **TWC-1** | TWC administrative claim [Claim Number Amended 57] filed September 3, 2008 | | | |
| | | | | |

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Kimberly Walsh*
KIMBERLY WALSH
Assistant Attorney General
Texas State Bar No. 24039230
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4863
Facsimile: (512) 482-8341
kimberly.walsh@oag.state.tx.us

ATTORNEYS FOR THE TEXAS
WORKFORCE COMMISSION

## CERTIFICATE OF SERVICE

I certify that on October 2, 2008, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Zipco International Products Company, Inc.
6208 SH 42 North
Kilgore, TX 75663

By Electronic Means as listed on the Court's ECF Noticing System:

Eric A. Liepins eric@ealpc.com, martha@ealpc.com
12770 Coit RD Ste 1100
Dallas TX 75251 1329

Timothy W. O'Neal Timothy.W.O'Neal@USDOJ.GOV, USTPRegion06.TY.ECF@USDOJ.GOV
Timothy W. O'Neal USTPRegion06.TY.ECF@USDOJ.GOV
110 N College Ave Ste. 300
Tyler TX 75702 7231

*/s/ Kimberly Walsh*
KIMBERLY WALSH